FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 28 2016

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.   No. 4:00CR00013 JLH | |
| JEFFREY ALLEN HAWKINS | DEFENDANT |

### ORDER

Jeffrey Allen Hawkins has filed a motion for early termination of supervised release. The Court directs the United States to file a response to the motion within fourteen days from the entry of this Order, after consulting with the probation office. The Court directs the Clerk to provide a copy of the motion and this Order to John Ray White, Chief of the Criminal Division for the United States Attorney for the Eastern District of Arkansas, as well as to United States Probation Officer Amber Dunn. The Court directs Dunn to provide a report to the Court within fourteen days from the entry of this Order.

IT IS SO ORDERED this 28th day of October, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE