**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                      No. 4:00CR00013 JLH

JEFFREY ALLEN HAWKINS                                                                       DEFENDANT

## ORDER

Jeffrey Allen Hawkins' motion for early termination of supervised release is GRANTED. Document #50.  Hawkins' supervision is terminated and he is hereby discharged.

IT IS SO ORDERED this 16th day of November, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE